UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMANDA UCHE AJULUCHUKU,<br><br>Plaintiff,<br><br>v.<br><br>ACCOUNTEMPS OF ROBERT HALF,<br><br>Defendant | Case No.  C04-2447RBL<br><br>ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS AND DISMISSING CASE |

    This Matter is before the Court on its own Motion and on the following Motions of the parties: Plaintiff's Motions for Relief [Dkt. #s 9 and 15], and Plaintiff's Motion to Change Venue [Dkt. #17]; Plaintiff's Motion to Remove Temporary Restraining Order [Dkt. #23]; and Defendant's Motion to Dismiss for Insufficiency of Service [Dkt. #11].  On February 7, 2005, this Court entered a Temporary Restraining Order staying this case for review by the court. [Dkt. #16]

    The Court has reviewed the Plaintiff's complaint and the record in this litigation.  The Complaint is frivolous on its face.  Moreover, it appears conclusively that the Summons (and Plaintiff's Complaint) were mailed but not otherwise served upon the defendant as required by Fed. R. Civ. P. 4.

    For these reasons, under 28 U.S.C. §1915(e)(2)(A) and (B), the Plaintiff's in forma pauperis status

ORDER
Page - 1

is REVOKED and Plaintiff's Complaint is DISMISSED. All other pending Motions are DENIED AS MOOT.

DATED this 14th day of September, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE